IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DASHON MARKESE THORPE,           )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    CASE NO. CV418-309
                                 )
STATE OF GEORGIA, ELIZABETH      )
A. WOODS, JEREMIAH JOHNSON,      )
and JOHN NEVIN,                  )
                                 )
     Defendants.                 )
                                 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA